

Sonny Burger II
Name and Prisoner/Booking Number

D-2-112L
Place of Confinement

P.o. Box 1055
Mailing Address

93960
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE ~~EASTERN~~ DISTRICT OF CALIFORNIA

Sonny Burger II
(Full Name of Plaintiff)          Plaintiff,

vs.

(1) CDCR
(Full Name of Defendant)

(2) C.O. on Duty

(3) C.O. in Gunners Tower

(4) Facility Cuption on Duty,
                          Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CV16        426**

CASE NO. _____
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Sacramento / New Folsom

550/555

**B. DEFENDANTS**

1. Name of first Defendant: _C. O. Floor Officer_. The first Defendant is employed as:
   _New Folsom_ at _New Folson_.
   (Position and Title)                          (Institution)

2. Name of second Defendant: _Warden_. The second Defendant is employed as:
   _Warden_ at _New Folson_.
   (Position and Title)                          (Institution)

3. Name of third Defendant: _C. O. Gunner_. The third Defendant is employed as:
   _Gunner_ at _New Folson_.
   (Position and Title)                          (Institution)

4. Name of fourth Defendant: _Facility Captian_. The fourth Defendant is employed as:
   _Facility Captain_ at _New Folson_.
   (Position and Title)                          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C. PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner?        ☑ Yes        ☐ No

2. If yes, how many lawsuits have you filed? __?__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Inept_ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: *Attempted Murder 8th Amendment*

2. **Count I. Identify the issue involved. Check only one. State additional issues in separate counts.**

   ☐ Basic necessities      ☐ Mail           ☐ Access to the court    ☑ Medical care
   ☐ Disciplinary proceedings   ☐ Property       ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   *CDCR - New Folsom in general did not make mandated rounds of cells. In Wasco in reception the C.O. forced me into a SNY style of living. This is after I had many problems in a SNY yard. And my living was at that time elevated to a dangerous living conditions, due to the number of Mongols on the SNY yards. Me a Hells Angel find the Mongols as our Enemy. I suffered Traumatic Brain Injury of which made my entire body constricted and in particular paylisist. While in a prison hospital of California Health Care Facility this place did nothing for my pain. Nor did it do anything resembling any kind of physical therapy speech therapy. My throat was cut but most of all was they letting me suffer in pain, only using Tylonol*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). *This writing is a direct Material Adverse Effect of letting me suffer on Tylonol and not giving me a stronger Medication. Partial Paraylisis*

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                        ☑ Yes   ☐ No

   b. Did you submit a request for administrative relief on Count I?                 ☑ Yes   ☐ No

   c. Did you appeal your request for relief on Count I to the highest level?        ☐ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *CH-CF-HC-14002254*

3

**COUNT II**

1. State the constitutional or other federal civil right that was violated: _Continue Mail 2012 - 2013_

2. **Count II.** Identify the issue involved. **Check only one.** State additional issues in separate counts.

☐ Basic necessities     ☒ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer     ☐ Threat to safety     ☒ Other: _Military_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_It seemed like days I suffered the beatings. If it was hospilized. It goes to show my attempt for 5 years trying to sue CDCR on an array of constitutional charges the C.O. Phillups and E.O.P. Sgt Henderson continually Hijacked my mail the 602 process unacceptable at very any Remedy all it would take is your honor to read any one of my 602s and the writing Jasper Cribbs the appeals Coordinater to listen Sgt Henderson marched not back into my cell very roughly and handed me 20 - or 30 pieces of Military Mail. opened that C.O. Phillups had held onto to or E.O.P. Sgt Henderson Nightwatch Philups recieved the mail - Military Mail. My thought on this was Al Quida. My Military Mail at the time was our Military Detente Satellite Syst. On another note C.O. Macadennes Jumped me in pill line Because he did not like what I Had to say on his practice of confiscation of my Military Work_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_Legal Injury Late time limits o Satellites_

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes     ☐ No

   b. Did you submit a request for administrative relief on Count II?     ☐ Yes     ☐ No

   c. Did you appeal your request for relief on Count II to the highest level?     ☒ Yes     ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Not_

4

**COUNT III**

1. State the constitutional or other federal civil right that was violated: Ineffective
602 appeals — 8th Amendment

2. **Count III.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☒ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   My access to the court religion was hindered and the retaliation level by CDCR was at a very high level. The mail was being held up and court/602/appeals on the Law Library were in respect in omission Warden Burnes who later was in my cell, lied in my 602 Facility Captain Osbourne was also in my cell Abusing their CDCR/Status they used their status to get in my cell. F.B.I. Director Robert S. Mueller III was the Alpha-Male. After some of the beatings I wiped the blood from my eyes so I could see, and thats how I detected Mueller III Osbourne, and Burnes. To 602 appeal this CDCR refused to even answer a 602. So I ask how do I 602 appeal an issue, to not get an answer again as many times I didnt. Ineffective.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   8th Amendment & Due Process with a ineffective 602 non answerable process

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Ineffective - No Relief.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: This is cut and dry and I'm speaking truth $999,999,999,999,999 I'm crippled But the relief I seek is just.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-20-16                          Sonny Bugum II
            DATE                          SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.