Burgos / Fisher #P85263
P-2W
P.O. Box 1055
Soledad Vlly
93963

REC'D
2016 JAN 22
SUSAN Y.
CLERK, US DIST
N.O. DIST. C

U.S. District Court
c/o Court Clerk
450 Golden Gate Ave
San Francisco, CA 94102

STATE PRISON
GENERATED MAIL

SAN JOSE CA 950
20 JAN 2016 PM L

cv-00182-JAM-CKD   Document 1-1   Filed 01/25/16