UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONNY BARGER II,
aka GARY FRANCIS FISHER,

        Plaintiff,

   v.

CDCR, et al.,

        Defendants.

Case No. 16-cv-00426-WHO (PR)

**ORDER OF TRANSFER**

Plaintiff Sonny Barger's allegations in this federal civil rights action are based on events that occurred at New Folsom State Prison, which lies in the Eastern District. This action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, there. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** January 28, 2016

WILLIAM H. ORRICK
United States District Judge